**Denied and Opinion Filed August 26, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00710-CV**

**IN RE MEKHALA BHIMESH, Relator**

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-55532-2016**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Pedersen, III

In her August 19, 2021 petition for writ of mandamus, relator seeks to transfer her appeal to this Court and to extend briefing deadlines. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude that relator has not shown her entitlement to the relief requested. Accordingly, we deny the petition for writ of mandamus.

210710f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE